**UNITED STATES DISTRICT COURT**
**NORTHEN DISTRICT OF NEW YORK**

JAY BRADSHAW,

                              Plaintiff,

            v.                                    9:21-CV-00826
                                                  (MAD/CFH)
MATTHEW WELCH, et al.,

                              Defendants.

**APPEARANCES:**                          **OF COUNSEL:**

Jay Bradshaw
08-A-3654
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821
Plaintiff pro se

State of New York, Attorney General        MATTHEW GALLAGHER, ESQ.
Litigation Bureau
The Capitol
Albany, New York 12224
Attorneys for defendants

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

### ORDER

        On June 26, 2023, plaintiff filed a motion to compel discovery.  See Dkt. No. 128.

On July 13, 2023, defendants filed a response.  See Dkt. No. 133.  Plaintiff filed a letter

motion asking the Court to schedule a conference to resolve a discovery dispute. See

Dkt. No. 134.  On July 28, 2023, defendants filed a response.  See Dkt. No. 135.

On September 14, 2023, the Court conducted an on-the-record conference by telephone with plaintiff and defense counsel.  As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby

**ORDERED**, that plaintiff's motion to compel, Dkt. No. 128, is **GRANTED IN PART** as follows:

(1) Defense counsel shall file a letter with the Court by September 25, 2023, advising the Court and plaintiff if the Office of Special Investigations has any additional videos of the incidents involving plaintiff which allegedly occurred on July 12, 2021, which have not previously been made available to plaintiff.  If any additional videos are discovered they shall be made available for plaintiff to view by October 30, 2023;

(2) By September 25, 2023, defense counsel shall deliver to the Court the personnel files and disciplinary files for in camera review of all defendants in this action;

(3) By September 25, 2023, defendants shall provide plaintiff with copies of any reports regarding plaintiff's behavior and attitude;

(4) Plaintiff shall make any further discovery requests to defense counsel before seeking Court intervention;

(5) The Court will reset the discovery deadline and motion deadline as to all parties once the newly-served defendants enter an appearance; and it is further

**ORDERED**, that the remainder of plaintiff's motion to compel, Dkt. No. 128, is **DENIED**; and it is further

**ORDERED**, that the Clerk of the Court serve this Order on all parties.

**IT IS SO ORDERED**.

Dated: September 14, 2023
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge